ACCEPTED
03-15-00232-CR
7434280
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/19/2015 1:52:08 PM
JEFFREY D. KYLE
CLERK

**03-15-00232-CR**

| | | | |
|---|---|---|---|
| ALICIA NICOLE PEREZ, | § | IN THE | |
| Appellant | § | | |
| VS. | § | THIRD COURT | |
| | § | | |
| STATE OF TEXAS, | § | OF APPEALS | |
| Appellee | | | |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/19/2015 1:52:08 PM
JEFFREY D. KYLE
Clerk

## APPELLANT'S THIRD MOTION TO EXTEND TIME TO FILE BRIEF

### TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Alicia Nicole Perez, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the 207th Judicial District Court of Comal County, Texas.

2. The case below was styled the STATE OF TEXAS vs. ALICIA NICOLE PEREZ, and numbered CR2012-603.

3. Appellant was convicted of possession of a controlled substance.

4. Appellant was assessed probated sentence of four years.

5. Notice of appeal was given on 4/22/2015.

6. The clerk's record was filed on 6/12/2015; the reporter's record was filed on 7/17/2015.

7. The appellate brief was due on 9/16/2015.

8. Appellant requests an extension of time of 15 days from October 16, 2015, to November 2, 2015.

9. Two prior extensions have been received in this cause.

10. Defendant is currently free on bond.

11. Appellant relies on the following facts as good cause for the requested extension:

Counsel just completed and filed a brief on September 28, 2015 in the Fourth Court of Appeals, No. 04-15-00204-CR, *Robert Rodriguez v. State of Texas*, and due to this, as well daily court appearances and trial preparation, was unable to finish the instant brief.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Third Motion To Extend Time to File Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

Schoon Law Firm, P.C.
200 N. Seguin Avenue
New Braunfels, Texas 78130
Tel: (830) 627-0044
Fax: (830) 620-5657
susan@schoonlawfirm.com

By:_____
    Susan Schoon
    State Bar No. 24046803
    Attorney for Appellant

## CERTIFICATE OF SERVICE

This is to certify that on October 19, 2015 a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Comal County, Texas by fax to 830-608-2008.

Susan Schoon